THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR21-097-RAJ |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING JOINT MOTION |
| v. | ) | TO CONTINUE TRIAL AND EXTEND |
| | ) | PRETRIAL MOTIONS DEADLINE |
| KARELI LEYVA-MORA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

THE COURT has considered the joint motion of the parties to continue the trial date and pretrial motions deadline and finds that:

(a) taking into account the exercise of due diligence, a failure to grant a continuance in this case would deny counsels for the defendants the reasonable time necessary for effective preparation due to counsels' need for more time to review the evidence, consider possible defenses, and gather evidence material to the defense, as set forth in 18 U.S.C. § 3161(h)(7)(B)(iv); and

(b) a failure to grant such a continuance in this proceeding would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i); and

(c) the additional time requested is a reasonable period of delay, as the defendants have requested more time to prepare for trial, to investigate the matter, to gather evidence material to their defenses, and to consider possible defenses; and

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*USA v. Leyva-Mora, et al.*; CR21-097-RAJ) - 1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**

1    (d) the ends of justice will best be served by a continuance, and the ends of

2    justice outweigh the best interests of the public and the defendants in any speedier trial,

3    as set forth in 18 U.S.C. § 3161(h)(7)(A); and

4    (e) the additional time requested between the current trial date of August 16,

5    2021 and the new trial date is necessary to provide counsels for the defendants the

6    reasonable time necessary to prepare for trial, considering counsels' schedules and all

7    of the facts set forth above.

8    IT IS THEREFORE ORDERED that the motion (Dkt. # 79) is GRANTED.  The

9    trial date in this matter is continued to November 1, 2021.  All pretrial motions,

10   including motions in limine, shall be filed no later than September 23, 2021.

11   IT IS FURTHER ORDERED that the period of delay from the date of this order

12   to the new trial date of November 1, 2021, is excludable time pursuant to 18 U.S.C. §§

13   3161(h)(7)(A) and (h)(7)(B)(iv).

14

15   DATED this 9th day of August, 2021.

16

17

18   The Honorable Richard A. Jones
     United States District Judge

19

20

21

22

23

24

25

26

ORDER GRANTING JOINT MOTION TO
CONTINUE TRIAL AND EXTEND PRETRIAL
MOTIONS DEADLINE
(*USA v. Leyva-Mora, et al.*; CR21-097-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**